PER CURIAM.
Affirmed. Pylant v. Orange County, 328 So.2d 199 (Fla.1976); State v. City of Tampa, 48 So.2d 78 (Fla.1950); Eastside Properties, Inc. v. Dade County, 358 So.2d 873 (Fla. 3rd DCA 1978); Burger King Corporation v. Metropolitan Dade County, 349 So.2d 210 (Fla. 3rd DCA 1977); Dade County v. Yumbo, S.A., 348 So.2d 392 (Fla. 3rd DCA 1977); B.S. Enterprises, Inc. v. Dade County, 342 So.2d 117 (Fla. 3rd DCA 1977); Rural New Town, Inc. v. Palm Beach County, 315 So.2d 478 (Fla. 4th DCA 1975); Allstate Mortgage Corporation of Florida v. City of Miami Beach, 308 So.2d 629 (Fla. 3rd DCA 1975); Metropolitan Dade County Board of Co. Comm. v. Rockmatt Corporation, 231 So.2d 41 (Fla. 3rd DCA 1970); Smith v. City of Miami Beach, 213 So.2d 281 (Fla. 3rd DCA 1968).